THE HONORABLE JUDGE J. KELLEY ARNOLD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CHRISTINE STEPHENS,<br><br>    Plaintiff,<br><br>vs.<br><br>DONOBI, INC., a Washington Corporation,<br><br>    Defendant. | No.  C05-5608JKA<br><br><br>ORDER DENYING DEFAULT |

    This matter having come on for consideration by the motion of Christine Stephens for entry of default against Donobi, Inc., and the court having considered the matter and related submissions and Declaration of Gordon Webb, and being otherwise fully advised in the premises, it is

///

///

ORDER DENYING DEFAULT
Page 1 of 2
Case No. CV05-5608JKA

**BONNELL WEBB & GINSTER**
225 106ᵀᴴ AVENUE NORTH EAST
BELLEVUE, WASHINGTON
98004
TELEPHONE 425-454-3800

ORDERED that plaintiff's motion for default is denied.  Answer filed November 17, 2005.

DONE this 18th day of November, 2005.

      /s/ *J. Kelley Arnold*
    UNITED STATE DISTRICT JUDGE J. KELLEY ARNOLD

Presented By:

s/GORDON WEBB
By_____
GORDON WEBB, WSBA #22777
JAMES B. PARSONS, WSBA #12539
Attorneys for Plaintiff

ORDER DENYING DEFAULT
Page 2 of 2
Case No. CV05-5608JKA

BONNELL WEBB & GINSTER
225 106TH AVENUE NORTH EAST
BELLEVUE, WASHINGTON
98004
TELEPHONE 425-454-3800