1
2
3
4   THE HONORABLE JUDGE RONALD B. LEIGHTON
5
6
7
8
9
10   UNITED STATES DISTRICT COURT
11   WESTERN DISTRICT OF WASHINGTON
    AT TACOMA

12   **CHRISTINE STEPHENS**,

13       Plaintiff,                    NO.  C05-5608 (RBL)

14       vs.

15
    **DONOBI, INC., a Washington**     **ORDER FOR ENTRY**
16   **Corporation, and DONOBI, INC., a**  **OF CONFESSED JUDGMENT**
    **Nevada Corporation**,
17

18       Defendants.

19

20   This matter having come on for consideration by motion of Christine and Anton

21   Stephens for entry of the Judgment confessed by DONOBI, INC., a Washington

**ORDER FOR ENTRY OF JUDGMENT**
**NO.  C05-5608**

**WEBB LAW FIRM**
ATTORNEYS AT LAW
225 106TH AVENUE NORTH EAST
**BELLEVUE, WASHINGTON 98004**
TEL.  425.454.3800

Corporation and DONOBI, INC., a Nevada Corporation in favor of Christine and Anton Stephens in the principal amount of $200,000.00.  The court having considered the matter and related submissions and the Declaration of Gordon C. Webb, and being otherwise fully advised in the premises, it is hereby

ORDERED that the confessed Judgment is hereby entered against DONOBI, INC., a Washington Corporation and DONOBI, INC., a Nevada Corporation in the principal amount of $200,000.00 in favor of Christine and Anton Stephens.  The Clerk of the Court is directed to file the confessed Judgment via ECF.

DONE this 17th day of March, 2008.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented By:

s/GORDON WEBB
By_____
GORDON WEBB, WSBA #22777
JAMES B. PARSONS, WSBA #12539

**ORDER FOR ENTRY OF JUDGMENT**
**NO.  C05-5608**

**WEBB LAW FIRM**
ATTORNEYS AT LAW
225 106TH AVENUE NORTH EAST
**BELLEVUE, WASHINGTON 98004**
TEL.  425.454.3800