

05-CV-05608-JGM

```
            FILED ____ LODGED
            ____ RECEIVED
            MAR 17 2008
            CLERK U.S. DISTRICT COURT
      WESTERN DISTRICT OF WASHINGTON AT TACOMA
   BY                                    DEPUTY
```

# UNITED STATES DISTRICT COURT
## Western District of Washington
### at Tacoma

| | |
|---|---|
| CHRISTINE STEPHENS, | NO. C05-5608 RBL |
| Plaintiff, | |
| vs. | CONFESSION OF JUDGMENT |
| DONOBI, INC., a Washington Corporation; and DONOBI, INC., a Nevada Corporation | [CLERK'S ACTION REQUIRED] |
| Defendant. | |

## JUDGMENT SUMMARY

1.  Judgment Creditor: CHRISTINE STEPHENS
2.  Judgment Debtor: DONOBI, INC., a Washington corporation
    DONOBI, INC., a Nevada corporation
    (joint and several)
3.  Principal Judgment Amount: $200,000.00
4.  Interest to Date of Judgment:
5.  Attorney's Fees:
6.  Costs:
7.  Other Recovery Amounts:
8.  Principal Judgment Amount Shall Bear Interest at 8% per annum.
9.  Attorney's Fees, Costs and Other Recovery Amounts Shall Bear Interest at 8% per annum.
10. Attorney for Judgment Creditor: Gordon Webb and James Parsons

CONFESSION OF JUDGMENT - 1

## JUDGMENT

Defendants DONOBI, INC., a Washington corporation, and DONOBI, INC., a Nevada corporation, jointly and severally confess judgment in favor of Plaintiff Christine Stephens as follows:

<u>Principal</u>:                                                         $200,000.00

Said Defendants authorize the Court to enter final judgment in this matter in that amount against them and in favor of the Plaintiff. Plaintiff agrees that this Confession of Judgment shall not be presented for entry to the Court or filed with the Court Clerk provided Defendants meet the provisions of the Settlement Agreement attached hereto as Exhibit A. In addition, prior to filing this Confession of Judgment or presenting this Confession of Judgment for entry, Plaintiff will provide the attorney for Defendants, Richard B. Shattuck, with at least seven (7) days written notice of demand to cure or intent to enter this Confession of Judgment with proof of said written notice provided to the Court. At the time of filing, Plaintiff also shall file a Partial Satisfaction of Judgment for payments received on the principal amount by Plaintiff on or after July 1, 2006, under the Settlement Agreement attached hereto as Exhibit A.

This Confession of Judgment is for monies due and owing to CHRISTINE STEPHENS. The basis for entry of this judgment is contained within the Settlement Agreement filed herewith as Exhibit A.

**CONFESSION OF JUDGMENT - 2**

DATED this 7th day of July, 2006.

DONOBI, INC., a Washington corporation

By: William M. Wright, III
Its President & CEO

DONOBI, INC., a Nevada corporation

By: William M. Wright, III
Its President & CEO

Defendants verify under oath that the above Confession of Judgment is authorized by us and the facts set forth above are true to the best of our knowledge and belief.

DATED this 7th day of July, 2006.

DONOBI, INC., a Washington corporation

By: William M. Wright, III
Its President & CEO

DONOBI, INC., a Nevada corporation

By: William M. Wright, III
Its President & CEO

SUBSCRIBED AND SWORN to before me this 7th day of July, 2006.

[Notary Seal: RICHARD SHATTUCK, NOTARY PUBLIC, STATE OF WASHINGTON, JUN 21 2010]

_____
NOTARY PUBLIC in and for the
State of Washington, residing
At Silverdale.
My commission expires: 6/21/10

Plaintiff CHRISTINE STEPHENS accepts the entry of the above Confession of Judgment authorized by Defendants.

DATED this ___ day of _____, 2006.

(SEE ATTACHED)
_____
CHRISTINE STEPHENS, Plaintiff

## JUDGMENT

Plaintiff, by and through her attorneys, GORDON WEBB and JAMES PARSONS, moved for entry of a Judgment against the above-named Defendants based upon the Confession of Judgment subjoined hereto. At least seven (7) days written notice was provided to Defendants through their attorney, RICHARD SHATTUCK, of intent to enter this Confession of Judgment. The Court being fully advised in the premises, it is now, hereby

CONFESSION OF JUDGMENT - 4

SUBSCRIBED AND SWORN to before me this 7th day of July, 2006.

[Notary Seal: RICHARD SHATTUCK, NOTARY PUBLIC, STATE OF WASHINGTON, JUN 21, 2010]

_____
NOTARY PUBLIC in and for the
State of Washington, residing
At Silverdale
My commission expires: 6/21/10

Plaintiff CHRISTINE STEPHENS accepts the entry of the above Confession of Judgment authorized by Defendants.

DATED this ___ day of _____, 2006.

_____
CHRISTINE STEPHENS, Plaintiff

### JUDGMENT

Plaintiff, by and through her attorneys, GORDON WEBB and JAMES PARSONS, moved for entry of a Judgment against the above-named Defendants based upon the Confession of Judgment subjoined hereto. At least seven (7) days written notice was provided to Defendants through their attorney, RICHARD SHATTUCK, of intent to enter this Confession of Judgment. The Court being fully advised in the premises, it is now, hereby

CONFESSION OF JUDGMENT - 4

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered in favor of Plaintiff CHRISTINE STEPHENS and against DONOBI, INC., a Washington corporation, and DONOBI, INC., a Nevada corporation, jointly and severally, in the amount of $200,000.00, reduced by any sums received by Plaintiff on the principal amount from Defendant after July 1, 2006, plus post-judgment interest thereafter at the judgment rate of eight percent (8%) from July 10, 2006, until payment in full has been received.

DONE IN OPEN COURT this 17th day of March, 2006.

_____
JUDGE/~~COURT COMMISSIONER~~
US DISTRICT COURT

Presented by:

BONNELL WEBB & GINSTER

_____
GORDON WEBB, WSBA #22777
Attorney for Plaintiff

Approved as to Form and Content:

**LAW OFFICE OF RICHARD B. SHATTUCK**

_____
RICHARD B. SHATTUCK, WSBA #15588
Attorney for Defendants

CONFESSION OF JUDGMENT - 5

DONOBI, INC., a Washington corporation

_____
By: William M. Wright, III
Its President & CEO

DONOBI, INC., a Nevada corporation

_____
By: William M. Wright, III
Its President & CEO

CONFESSION OF JUDGMENT - 6