1
2
3   THE HONORABLE JUDGE RONALD B. LEIGHTON
4
5
6
7
8
9   **UNITED STATES DISTRICT COURT**
    **WESTERN DISTRICT OF WASHINGTON**
10  **AT TACOMA**

11  | | |
    |---|---|
    | CHRISTINE STEPHENS, | |
    | Plaintiff, | NO.  C05-5608 (RBL) |
    | vs. | |
    | DONOBI, INC., a Washington Corporation, and DONOBI, INC., a Nevada Corporation aka GOTAPLAY INTERACTIVE, INC. a Nevada Corporation, | **ORDER FOR ENTRY OF CONFESSED JUDGMENT AGAINST GOTAPLAY INTERACTIVE, INC.** |
    | Defendants. | |

19  This matter having come on for consideration by motion of Christine Stephens for

20  entry of Judgment confessed by DONOBI, INC., a Washington Corporation and

21  DONOBI, INC., a Nevada Corporation now also known as Gotaplay Interactive, Inc. a

**ORDER FOR ENTRY OF JUDGMENT**
**NO.  C05-5608**

**WEBB LAW FIRM**
ATTORNEYS AT LAW
225 106TH AVENUE NORTH EAST
**BELLEVUE, WASHINGTON 98004**
TEL.  425.454.3800

Nevada corporation in favor of Christine Stephens in the principal amount of $200,000.00.  The court having considered the matter, related submissions and the Declaration of Gordon C. Webb, and being otherwise fully advised in the premises, it is hereby

ORDERED that Judgment is hereby entered against DONOBI, INC., a Washington Corporation, DONOBI, INC., a Nevada Corporation and GOTAPLAY INTERACTIVE, INC., a Nevada corporation in the principal amount of $200,000.00 in favor of Christine Stephens.  The Clerk of the Court is directed to file the confessed Judgment via ECF.

DONE this 20th day of June, 2008.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented By:

 s/GORDON WEBB
By_____
  GORDON WEBB, WSBA #22777
  JAMES B. PARSONS, WSBA #12539

**ORDER FOR ENTRY OF JUDGMENT**
**NO.  C05-5608**

**WEBB LAW FIRM**
ATTORNEYS AT LAW
225 106TH AVENUE NORTH EAST
**BELLEVUE, WASHINGTON 98004**
TEL.  425.454.3800